# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF ROOFERS' HEALTH AND WELFARE TRUST FUND OF CENTRAL CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL COATINGS INC.,<br><br>Defendant. | Case No. 1:21-cv-00757-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 6) |

On July 1, 2021, the parties filed a joint stipulation dismissing this entire action without prejudice subject to the terms of a dismissal and tolling agreement that the parties have agreed to. (ECF No. 6). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 2, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1